IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAWRENCE ALEXANDER, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:09-CV-00293 |
| | ) | |
| THE CITY OF GREENSBORO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LAWRENCE ALEXANDER, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:09-CV-00934 |
| | ) | |
| THE CITY OF GREENSBORO, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the motions for summary judgment by Defendant The City of Greensboro (Doc. 179 in case 1:09CV293; Doc. 104 in case 1:09CV934), Defendant Trudy Wade (Doc. 183 in case 1:09CV293), and Defendants David Wray, Randall Brady, and Scott Sanders (Doc. 181 in case 1:09CV293) are GRANTED, and that all claims be DISMISSED WITH PREJUDICE.

　　　　　　　　　　　　　　　　　　/s/   Thomas D. Schroeder
　　　　　　　　　　　　　　　　　United States District Judge

December 18, 2013